UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 98-CV-08425-RYSKAMP/WHITE

EDWARD CHARLES BROWN,

    Movant,

v.

UNITED STATES OF AMERICA

    Respondent.
_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

**THIS CAUSE** comes before the Court upon the report of United States Magistrate Judge Patrick A. White **[DE 26]** entered on February 22, 2011.  To date, no objections have been filed and the time to do so has expired.  This matter is ripe for adjudication.

The Court has conducted a *de novo* review of the report, applicable law, and pertinent portions of the record.  The Court finds the report to be well-reasoned and correct.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

    (1) The report of Magistrate Judge Patrick A. White **[DE 26]** be, and the same hereby is **RATIFIED**, **AFFIRMED** and **APPROVED** in its entirety;

    (2) Movant Edward Charles Brown's motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) **[DE 15]** is **DENIED**;

    (3) Any pending motions are **DENIED AS MOOT**;

    (4) The Clerk of Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 22 day of March, 2011.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE